**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE**

JONATHAN E. CAIN,

    Plaintiff,

        v.                            CAUSE NO. 4:26-CV-50-TLS-APR

QUALITY CORRECTIONAL CARE,
ALISA, ERICA, CHELSAY, and CORBY,

    Defendants.

**OPINION AND ORDER**

Jonathan E. Cain, a prisoner without a lawyer, filed a confusing complaint. ECF 1. In response to the question, "How many defendants are you suing?" he answered "1." The one defendant listed in the caption is Quality Correctional Care. The instructions told him to put each defendant in a separate box and to attach additional pages if necessary. He used three boxes and did not attach additional pages – so he could have three defendants. The clerk identified five separate names in the boxes and put them on the docket. The instructions told him to explain what each defendant did wrong, but his "Claims and Facts" only mention Nurse Alisa. It is unclear who he is suing. Federal Rule of Civil Procedure 8 "requires parties to make their pleadings straightforward" so the court does not struggle to understand them. *United States ex rel. Garst v. Lockheed-Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003).

Cain filed an in forma pauperis motion on which he declared under penalty of perjury that he had attached a copy of his inmate trust fund ledger. ECF 2. No ledger is attached as required by 28 U.S.C. § 1915.

For these reasons, the court:

2

(1) GRANTS Jonathan E. Cain until **July 6, 2026**, to file an amended complaint with a copy of his inmate trust fund ledger detailing his transactions for the prior six months; and

(2) CAUTIONS Jonathan E. Cain if he does not respond by the deadline, he may be denied leave to proceed in forma pauperis.

SO ORDERED on June 12, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT